UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAMONICA PEACOCK

VERSUS

BOARD OF SUPERVISORS FOR
THE UNIVERSITY OF LOUISIANA
SYSTEM, ET AL

CIVIL ACTION

23-709-SDD-EWD

## ORDER

**CONSIDERING** the *Joint Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants are hereby DISMISSED without prejudice to the right, upon good clause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on January 21, 2025.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 69.